IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**VICTOR LEVINGSTON**                                                               **PLAINTIFF**

V.                              **NO. 4:19-CV-142 JM**

**WAL-MART STORES, INC.**                                        **DEFENDANT**

## STIPULATION OF DISMISSAL

It is stipulated and agreed by and between the parties in the above-styled case, through their attorneys, that the above-styled cause of action should be dismissed with prejudice, each party to bear his and its own costs.

Dated this 2nd day of July, 2019.

                                          WALLACE, MARTIN, DUKE & RUSSELL, PLLC
                                          1st Floor, Centre Place
                                          212 Center Street
                                          Little Rock, AR 72201
                                          jms@WallaceLawFirm.com

                                          By /s/ James M. Scurlock
                                               James Monroe Scurlock (2012028)
                                               *Attorneys for Plaintiff*

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
Fax: (501) 376-9442
E-mail: mkaemmerling@wlj.com


By <u>/s/ Michelle M. Kaemmerling</u>
    Michelle M. Kaemmerling (89118)
    *Attorneys for Defendant*

1863640-v1

2